NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:
ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
ATTORNEY(S) FOR: Rob Bonta, in his official capacity as Attorney General of Califorina

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:22-cv-01421-DFM<br><br>**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only) |

*(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)*

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge  Douglas F. McCormick  . All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐   The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment.

   Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☐   The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

   The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| | /s/ Robert L. Meyerhoff, September 13, 2022 | Rob Bonta, in his official capacity as Attorney General of California |
| | | |
| | | |

☐   Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge.

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (06/11)   **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

# CERTIFICATE OF SERVICE

Case Name:  <u>**Boland, et al. v. Bonta**</u>   No.   <u>**8:22-cv-01421-DFM**</u>

I hereby certify that on <u>September 14, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CV-11C (STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 14, 2022</u>, at Los Angeles, California.

| Robert Leslie Meyerhoff | *Robert M* |
|---|---|
| Declarant | Signature |