ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as
Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND,** AN INDIVIDUAL; **MARIO SANTELLAN,** AN INDIVIDUAL; **RENO MAY,** AN INDIVIDUAL, **JEROME SCHAMMEL,** AN INDIVIDUAL; AND **CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,** A CALIFORNIA CORPORATION;<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA,** IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,<br><br>Defendant. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 4, 2022<br>Current response date: September 20, 2022<br>New response date: September 23, 2022 |

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and the California Rifle & Pistol Association, Incorporated (Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of the State of California (Defendant), through their undersigned counsel, that Defendant may have a three (3) day extension of time, up to and including September 23, 2022, to file an answer or otherwise respond to Plaintiffs' Complaint in the above-captioned action. This stipulation, along with prior stipulations, does not extend the time for more than a cumulative total of thirty (30) days from the date the response would have initially been due.

Dated: September 16, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: September 16, 2022

Respectfully submitted,

/s/ Joshua Robert Dale
C.D. MICHEL
JOSHUA ROBERT DALE
ALEXANDER A. FRANK
KONSTADINOS T. MOROS

Michel & Associates, P.C.

*Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and the California Rifle & Pistol Association, Incorporated*

# CERTIFICATE OF SERVICE

Case Name:   **Boland, et al., v. Rob Bonta**          No.   **8:22-cv-01421-DFM**

I hereby certify that on September 16, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 16, 2022, at Los Angeles, California.

Robert Leslie Meyerhoff
Declarant

*/s/ Robert M.*
Signature