C.D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445

Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>           Defendants. | CASE NO.:  8:22-cv-01421-CJC(ADSx)<br><br>**STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF WITH PREJUDICE** |

## STIPULATION

WHEREAS, Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated, have agreed with Defendant Robert Bonta to dismiss WITH PREJUDICE the claim for relief in the operative complaint entitled Second Claim for Relief for Unconstitutional Discrimination Against Interstate Commerce, in consideration for Defendant waiving any claim for

attorney's fees and costs of suit under California Code of Civil Procedure section 1021.11 arising from such dismissal; and

WHEREAS, Plaintiffs will effectuate such dismissal by this stipulation and by filing within the time limits allowed under FED R. CIV. P. 15 an amended pleading (as extended by prior stipulation and order) reflecting that such claim has been dismissed;

THEREFORE, the Parties hereby stipulate to such dismissal and request that the Court enter a dismissal with prejudice of Plaintiffs' Second Claim for Relief as to all Defendants.

Respectfully Submitted,

Dated:  September 22, 2022             **MICHEL & ASSOCIATES, P.C.**

 /s/ C.D. Michel
C.D. Michel
Counsel for Plaintiffs
e-mail: cmichel@michellawyers.com


Dated:  September 22, 2022             ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

# CERTIFICATE OF SERVICE

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Boland, et al. v. Bonta*

Case No.:   8:22-cv-01421-CJC(ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF WITH PREJUDICE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Robert L. Meyerhoff, Deputy Attorney General
    robert.meyerhoff@doj.ca.gov
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230

    I declare under penalty of perjury that the foregoing is true and correct.

Executed September 22, 2022.

*Christina Castron* (signature)
Christina Castron