**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>　　　　　　　　Defendants. | **CASE NO.: 8:22-cv-01421-CJC(ADSx)**<br><br>**ORDER RE: STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF WITH PREJUDICE** |

## ORDER

The Court, having considered the Parties' Joint Stipulation to Dismiss Plaintiffs' Second Claim for Relief (for unconstitutional discrimination against interstate commerce) with Prejudice, and good cause appearing, hereby ORDERS as follows:

1. Parties agree to dismiss WITH PREJUDICE the claim for relief in the operative complaint entitled Second Claim for Relief for Unconstitutional Discrimination Against Interstate Commerce, in consideration for Defendant waiving any claim for attorney's fees and costs of suit under California Code of Civil Procedure section 1021.11 arising from such dismissal
2. Plaintiffs will effectuate such dismissal by Stipulation filed on September 22, 2022 [Docket No. 16] and by filing within the time limits allowed under FED R. CIV. P. 15 an amended pleading (as extended by prior stipulation and order) reflecting that such claim has been dismissed.
3. Parties hereby stipulate to such dismissal and request that the Court enter a dismissal with prejudice of Plaintiffs' Second Claim for Relief as to all Defendants.

IT IS SO ORDERED.

Dated: September 26, 2022

Hon. Judge Cormac J. Carney
UNITED STATES DISTRICT JUDGE