ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6177
Fax: (916) 731-2144
E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**LANCE BOLAND, AN INDIVIDUAL; MARIO SANTELLAN, AN INDIVIDUAL; RENO MAY, AN INDIVIDUAL, JEROME SCHAMMEL, AN INDIVIDUAL; AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, A CALIFORNIA CORPORATION;**

Plaintiffs,

**v.**

**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**

Defendant.

Case No. 8:22-cv-01421-CJC-ADS

**DEFENDANT ROB BONTA IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Judge: Hon. Cormac J. Carney
Courtroom: 9B
Complaint served: August 4, 2022

Defendant Rob Bonta, in his official capacity as Attorney General of the State of California (the Attorney General), submits his answer in response to Plaintiffs' Amended Complaint for Damages, Declaratory and Injunctive Relief (the Complaint) (Dkt. No. 17). The Attorney General hereby answers the Complaint, in paragraphs that correspond to the Complaint's paragraphs, as follows:[1]

## INTRODUCTION[2]

1. Paragraph No. 1. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

2. Paragraph No. 2. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

3. Paragraph No. 3. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

4. Paragraph No. 4. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

5. Paragraph No. 5. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

---

[1] The following responses to each paragraph include responses to any footnotes that may be contained in the relevant paragraph.

[2] For the convenience of the Court and the parties, the Attorney General utilizes certain headings as set forth in the Complaint. In doing so, the Attorney General neither admits nor denies any allegations that may be suggested by the Complaint's headings.

6. Paragraph No. 6. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

7. Paragraph No. 7. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

8. Paragraph No. 8. The Attorney General admits that there are approximately 800 handguns listed on the Roster for Certified Handguns. The Attorney General lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every remaining allegation.

9. Paragraph No. 9. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

10. Paragraph No. 10. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

11. Paragraph No. 11. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

12. Paragraph No. 12. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves,

requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

13. Paragraph No. 13. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

14. Paragraph No. 14. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

**CALIFORNIA'S "UNSAFE HANDGUN ACT" IN DETAIL**

15. Paragraph No. 15. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

16. Paragraph No. 16. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

17. Paragraph No. 17. The Attorney General admits that the UHA was enacted by the Legislature in 1999. The Attorney General lacks sufficient information or belief to respond to the remaining allegations in this paragraph, and on that basis denies each and every remaining allegation.

18. Paragraph No. 18. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

19. Paragraph No. 21. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any

allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

20. Paragraph No. 20. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

21. Paragraph No. 21. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

22. Paragraph No. 22. The Attorney General admits that the UHA has been amended since its enactment in 1999. The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

23. Paragraph No. 23. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

24. Paragraph No. 24. The Attorney General admits that California Penal Code sections 16380 and 16900 define a "chamber load indicator" as a device that plainly indicates that a cartridge is in the firing chamber and a "magazine disconnect mechanism" as a mechanism that prevents a semiautomatic pistol that has a detachable magazine from operating to strike the primer of ammunition in the firing chamber when a detachable magazine is not inserted in the semiautomatic pistol. The remainder of this paragraph consists of allegations which cite statutory provisions, which speak for themselves. The Attorney General denies any

allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

25. Paragraph No. 25. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

26. Paragraph No. 26. This paragraph contains allegations that cite statutory provisions, which speak for themselves. The Attorney General denies any allegations that misstate the law. To the extent that a further response is required, the Attorney General denies each and every other allegation.

27. Paragraph No. 27. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

28. Paragraph No. 28. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

29. Paragraph No. 29. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

30. Paragraph No. 30. The Attorney General admits that there are approximately 800 handguns listed on the Roster for Certified Handguns. The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

31. Paragraph No. 31. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

32. Paragraph No. 32. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

33. Paragraph No. 33. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

34. Paragraph No. 34. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

35. Paragraph No. 35. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

36. Paragraph No. 36. The Attorney General admits that handguns that are not on the Roster are generally known as "Off-Roster" handguns. The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

**HISTORY OF MICROSTAMPING AND RECENT DEVELOPMENTS**

37. Paragraph No. 37. The Attorney General admits that on May 17, 2013, the California Department of Justice, Division of Law Enforcement, issued a bulletin stating that the microstamping technology is available to more than one manufacturer unencumbered by any patent restrictions. The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

38. Paragraph No. 38. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

39. Paragraph No. 39. The Attorney General admits that the Governor approved Assembly Bill 2847 on September 29, 2000. The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

40. Paragraph No. 40. The Attorney General lacks sufficient information or belief to respond to the allegation that no manufacturer offers microstamping of any type on any handgun. The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

41. Paragraph No. 41. The Attorney General lacks sufficient information or belief to respond to the allegation that microstamping technology does not actually exist in any commercially available application on a handgun. The remainder of this paragraph consists of allegations that contain argument and legal contentions

that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

42. Paragraph No. 42. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

43. Paragraph No. 43. The Attorney General admits that there is a surfeit of stolen weapons in the black market. The remainder of this paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

## JURISDICTION AND VENUE

44. Paragraph No. 44. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

45. Paragraph No. 45. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

46. Paragraph No. 46. The Attorney General lacks sufficient information or belief to respond to the allegation that all but one of the Plaintiffs reside in the Central District of California, Southern Division. The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

## PARTIES

### [Plaintiffs]

47. Paragraph No. 47. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

48. Paragraph No. 48. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

49. Paragraph No. 49. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

50. Paragraph No. 50. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

51. Paragraph No. 51. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

52. Paragraph No. 52. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

53. Paragraph No. 53. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

54. Paragraph No. 54. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

### [Defendants]

55. Paragraph No. 55. The Attorney General admits that Rob Bonta is the Attorney General of the State of California, that he is the "chief law enforcement officer" of California and has various duties under California law, and that he is sued in his official capacity. The remainder of this paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every such allegation.

56. Paragraph No. 56. The Attorney General lacks sufficient information or belief to respond to the allegations in this paragraph, and on that basis denies each and every allegation.

57. Paragraph No. 57. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

58. Paragraph No. 58. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

**GENERAL ALLEGATIONS**

**[Right to Keep and Bear Arms]**

59. Paragraph No. 59. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

60. Paragraph No. 60. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

61. Paragraph No. 61. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

62. Paragraph No. 62. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

63. Paragraph No. 63. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

64. Paragraph No. 64. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

65. Paragraph No. 65. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

66. Paragraph No. 66. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

67. Paragraph No. 67. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

68. Paragraph No. 68. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

69. Paragraph No. 69. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

70. Paragraph No. 70. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

71. Paragraph No. 71. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

72. Paragraph No. 72. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

73. Paragraph No. 73. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

74. Paragraph No. 74. The Attorney General lacks sufficient information or belief to respond to the allegation that there is not a single commercially available firearm that has microstamping technology as of the filing of the Complaint. The remainder of this paragraph consists of allegations that contain argument and legal

contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

75. Paragraph No. 75. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

**DECLARATORY RELIEF ALLEGATIONS**

76. Paragraph No. 76. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

**INJUNCTIVE RELIEF ALLEGATIONS**

77. Paragraph No. 77. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

78. Paragraph No. 78. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

**FIRST CLAIM FOR RELIEF**

**Right to Keep and Bear Arms**

79. Paragraph No. 79. The Attorney General incorporates by reference the answers in Paragraphs 1 through 78 above.

80. Paragraph No. 80. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by

the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

81. Paragraph No. 81. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

82. Paragraph No. 82. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

83. Paragraph No. 83. This paragraph consists of allegations that contain argument and legal contentions and legal authorities that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

84. Paragraph No. 84. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

85. Paragraph No. 85. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

86. Paragraph No. 86. This paragraph consists of allegations that contain argument and legal contentions that speak for themselves, requiring no response by the Attorney General. To the extent that a response is required, the Attorney General denies each and every allegation.

The Attorney General denies that Plaintiffs are entitled to the relief set forth in the Prayer for Relief immediately following paragraph 86, or to any relief

whatsoever. To the extent that the Prayer for Relief states any allegations, the Attorney General denies them.

In addition, without admitting any allegations contained in the complaint, the Attorney General asserts the following defenses based on information and belief:

**FIRST AFFIRMATIVE DEFENSE**

The Complaint, and the claims for relief alleged therein, fails to state facts sufficient to constitute a cause of action against the Attorney General.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims in this action are barred in that Plaintiffs do not have standing to bring them.

**THIRD AFFIRMATIVE DEFENSE**

The Complaint, and each cause of action therein, is improper as Plaintiffs have an adequate remedy at law.

**FOURTH AFFIRMATIVE DEFENSE**

The Complaint, and every cause of action therein, is barred by the equitable doctrines of estoppel, laches, unclean hands, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

To the extent that the Attorney General has undertaken any conduct with regard to the subjects and events underlying Plaintiffs' Complaint, such conduct was, at all times material thereto, undertaken in good faith and in reasonable reliance on existing law.

**SIXTH AFFIRMATIVE DEFENSE**

The Attorney General has not knowingly or intentionally waived any applicable affirmative defense. The Attorney General reserves the right to assert and rely upon other such defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by others in this case, and to amend the Answer and/or affirmative defenses accordingly. The Attorney General

further reserves the right to amend the Answer to delete affirmative defenses that he determines are not applicable after subsequent discovery.

WHEREFORE, the Attorney General prays that:

1. Plaintiffs take nothing by reason of the Complaint;
2. Judgment be entered in favor of the Attorney General;
3. The Attorney General be awarded costs incurred in defending this action; and
4. The Attorney General be awarded such further relief that the Court may deem just and proper.

Dated: October 7, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Defendant Rob Bonta in his Official Capacity as Attorney General of the State of California*

## CERTIFICATE OF SERVICE

Case Name: **Boland, et al. v. Bonta** No. **8:22-cv-01421-CJC-ADS**

I hereby certify that on October 7, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT ROB BONTA IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFIORNIA'S ANSWER TO AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 7, 2022, at Los Angeles, California.

| Robert Leslie Meyerhoff | Robert M |
| --- | --- |
| Declarant | Signature |