```
C.D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
```

Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>　　　　　　　Defendants. | CASE NO.: 8:22-cv-01421-CJC (ADSx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: December 19, 2022<br>Hearing Time: 1:30 p.m.<br>Courtroom: 6B<br>Judge: Honorable Cormac J. Carney |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that on December 19, 2022, at 1:30 p.m. in Courtroom 6B of the above-captioned court, located at 411 West 4th Street, Santa Ana, CA 92701, Plaintiffs will move for a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order temporarily enjoining

1  Defendant Attorney General Robert Bonta and his agents, servants, employees, and those
2  working in active concert with him, from enforcing or giving effect to California Penal
3  Code sections 31900 through 32110 during the pendency of this action.
4         Plaintiffs bring this motion because Sections 31900 through 32110 violate
5  Plaintiffs' Second Amendment right to possess hundreds of models of handguns that are
6  popular and commonly used for self defense and other lawful purposes throughout the
7  nation. Unless this Court orders the requested preliminary relief, Plaintiffs and the
8  general California public will continue to suffer this unnecessary and significant
9  infringement of their constitutional rights.
10        This motion is based on this Notice of Motion and Motion, the Memorandum of
11 Points and Authorities filed in support, the supporting Declarations of Lance Boland,
12 Mario Santellan, Reno May, Jerome Schammel, and Richard Minnich, the Request for
13 Judicial Notice filed in support, as well as any exhibits attached thereto. This motion is
14 also based on the pleadings and records already on file, and on any further matters the
15 Court deems appropriate.

16 Dated: November 15, 2022                MICHEL & ASSOCIATES, P.C.

18                                        /s/C.D. Michel
                                          C.D. Michel
19                                        Attorneys for Plaintiffs Lance Boland,
                                          Mario Santellan, Reno May, Jerome
20                                        Schammel, and California Rifle &
                                          Pistol Association, Incorporated