ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General
State Bar No. 298196
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6177
  Fax:  (916) 731-2144
  E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, AN INDIVIDUAL; MARIO SANTELLAN, AN INDIVIDUAL; RENO MAY, AN INDIVIDUAL, JEROME SCHAMMEL, AN INDIVIDUAL; AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, A CALIFORNIA CORPORATION;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**STIPULATION TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: August 1, 2022 |

Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Inc. (Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiff, the Parties) hereby stipulate and agree as follows:

**WHEREAS**, on August 1, 2022, Plaintiffs filed their Original Complaint (Dkt. 1) in this matter;

**WHEREAS**, on September 23, 2022, Plaintiffs filed their First Amended Complaint (the FAC) (Dkt. 17);

**WHEREAS**, on October 7, 2022, Defendant filed his answer to the FAC;

**WHEREAS**, on November 15, 2022, Plaintiffs filed a Motion for Preliminary Injunction (the Motion) (Dkt. 23), setting hearing on the Motion for December 19, 2022;

**WHEREAS**, under the current schedule, the deadline for Defendant to file a response to the Motion is November 28, 2022, and thus Defendant's counsel would be required to prepare the response on a short time frame and over the Thanksgiving holiday;

**WHEREAS,** Defendant requested that Plaintiffs agree to continue the deadline to respond to Plaintiffs' motion to December 5, 2022, to continue the deadline for Plaintiffs to file their reply in support of their Motion to December 12, 2022, and to (in the Court's discretion) either hear the Motion on December 19, 2022 or continue the hearing on the Motion to January 9, 2023;

**WHEREAS**, Plaintiff agreed to continue the deadline on Defendant's response to the Motion and Plaintiffs' reply in support of the motion but not the hearing date on the Motion;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission, the deadline for Defendant's response to the Motion is hereby continued to December 5, 2022, the deadline for Plaintiffs'

reply in support of the Motion is hereby continued to December 19, 2022, and the hearing on the Motion remains December 19, 2022, or, over Plaintiffs' objection, is hereby continued to January 9, 2022.

Dated: November 17, 2022                    Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            MARK R. BECKINGTON
                                            Supervising Deputy Attorney General

                                            /s/ Robert L. Meyerhoff
                                            ROBERT L. MEYERHOFF
                                            Deputy Attorney General

                                            *Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: November 17, 2022                    Respectfully submitted,

                                            /s/ Joshua Robert Dale
                                            C.D. MICHEL
                                            JOSHUA ROBERT DALE
                                            ALEXANDER A. FRANK
                                            KONSTADINOS T. MOROS

                                            Michel & Associates, P.C.

                                            *Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and the California Rifle & Pistol Association, Incorporated*