1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF
   Deputy Attorney General
4  State Bar No. 298196
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013-1230
    Telephone: (213) 269-6177
6   Fax: (916) 731-2144
    E-mail: Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, AN INDIVIDUAL; MARIO SANTELLAN, AN INDIVIDUAL; RENO MAY, AN INDIVIDUAL, JEROME SCHAMMEL, AN INDIVIDUAL; AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, A CALIFORNIA CORPORATION;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: August 1, 2022 |

1    The Court, having considered the Stipulation to Extend Time re: Plaintiffs'
2 Motion for Preliminary Injunction, hereby GRANTS the Parties' request to
3 continue the deadline for Defendant to respond to the Motion to December 5, 2022,
4 and to continue the deadline for Plaintiffs to file their reply in support of the Motion
5 to December 12, 2022.
6    The Court further GRANTS the Parties' request to still hear the Motion on
7 December 19, 2022.
8    In the alternative, the Court further GRANTS Defendant's request to
9 continue the hearing on the Motion to January 9, 2023.
10   **IT IS SO ORDERED.**

13   Dated: _____    _____
14                                    Hon. Cormac J. Carney
                                      U.S. District Court Judge