# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 22-01421-CJC (ADSx)          Date: November 18, 2022

Title: <u>LANCE BOLAND ET AL. V. ROBERT BONTA</u>

PRESENT:

### HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Elsa Vargas for Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING IN PART STIPULATION TO EXTEND TIME RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND CONTINUING HEARING DATE**

       The Court, having considered the Stipulation to Extend Time Re: Plaintiffs' Motion for Preliminary Injunction, (Dkt. 27), hereby **GRANTS** the Parties' request to continue the deadline for Defendant to respond to the Motion to December 5, 2022, and to continue the deadline for Plaintiffs to file their reply in support of the Motion to December 12, 2022.

       The Court further **ORDERS** that the hearing on the Motion be continued to January 23, 2023, at 9:00 a.m.

jso

MINUTES FORM 11
CIVIL-GEN                                                                      Initials of Deputy Clerk EVA/RRP