# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE BOLAND, et al.<br><br>        Plaintiff(s),<br><br>  v.<br><br>ROBERT BONTA, et al.<br><br>        Defendant(s). | Case No.:<br>8:22−cv−01421−CJC−ADS<br><br>**SCHEDULING ORDER** |

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1]  All discovery, including discovery motions, shall be completed by October 19, 2023.  Discovery motions must be filed and heard prior to this date.

[2]  The parties shall have until December 18, 2023 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, February 12, 2024 at 03:00 PM**. Full compliance with Local Rule 16 is required.

[4]  The case is set for a **court trial, Tuesday, February 27, 2024 at 08:30 AM.**

///

[5]  The parties are referred to ADR Procedure No. 1 – Magistrate Judge. The parties shall have until November 2, 2023 to conduct settlement proceedings. The parties shall file with the Court a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of this Order on counsel for the parties in this matter.

**IT IS SO ORDERED.**

DATED: December 8, 2022

Cormac J. Carney
United States District Judge

cc: ADR OFFICE