# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LANCE BOLAND; MARIO SANTELLAN; RENO MAY; JEROME SCHAMMEL; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1–10, <br><br> Defendants. | Case No.: SACV 22-01421-CJC (ADSx) <br><br><br> **ORDER REQUIRING EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Having read and considered the papers submitted by the parties regarding the motion for a preliminary injunction, (*see* Dkt. 23 [Plaintiffs' Notice of Motion and Motion for Preliminary Injunction]), the Court concludes that an evidentiary hearing is warranted, *see* Fed. R. Civ. P. 43(c); *Stanley v. Univ. of S. Cal.*, 13 F.3d 1313, 1326 (9th

Cir. 1994). Accordingly, it is hereby **ORDERED** that Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and the California Rifle & Pistol Association, Incorporated, and Defendant Robert Bonta, in his official capacity as the Attorney General for the State of California, present live percipient and expert testimony as well as documentary and other evidence at the hearing scheduled on **January 23, 2023, at 9:00 a.m.** on the following topics:

- The nature and function of the statutorily required features for firearms at issue in this action;

- How each statutory requirement at issue in this action implicates the plain text of the Second Amendment, including but not limited to how each requirement implicates an individual's ability to keep and bear arms;

- Analogues from the historical tradition of firearm regulation in the United States that are relevantly similar to each requirement at issue in this action;

- The balance of equities, including but not limited to any public safety or other public benefit or interest, for each statutory requirement at issue in this action; and

- Any other topic that the parties deem relevant.

DATED:   December 14, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE