1 | ROB BONTA
Attorney General of California
2 | MARK R. BECKINGTON
Supervising Deputy Attorney General
3 | ROBERT L. MEYERHOFF, SBN 298196
GABRIELLE D. BOUTIN, SBN 267308
4 |   1300 I Street, Suite 125
  P.O. Box 944255
5 |   Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
6 |   Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
7 | *Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, ET AL.,** | Case No. 8:22-cv-01421-DFM |
| Plaintiffs, | **DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL.,** | Judge: Hon. Cormac J. Carney<br>Trial Date: None set<br>Action Filed: August 3, 2022 |
| Defendants. | |

1    Defendant California Attorney General Rob Bonta hereby submits this ex
2 parte application asking the Court to permit expert witness Dr. Saul Cornell to
3 testify via video conference or, alternatively, telephone, at the January 23, 2023
4 evidentiary hearing on Plaintiffs' motion for preliminary injunction.
5    On December 14, 2022, this Court issued an order directing the parties to
6 present at the January 23 hearing live percipient and expert testimony, along with
7 other evidence, relating to specified subjects.  ECF No. 35.  Defendant intends to
8 present at the hearing Dr. Cornell as an expert witness on the relevant historical
9 tradition of firearm regulation in the United States.  He is currently Defendant's
10 only expert on this subject.  Dr. Cornell resides in the State of Connecticut and has
11 certain health issues and other risk factors that make him particular vulnerable to
12 COVID-19.  In light of the currently high rates of COVID-19 in the United States,
13 travel to California for the hearing would therefore create risks to his health that
14 may be avoided if he is permitted to testify remotely.  Dr. Cornell is the only
15 witness for whom Defendant makes this request.
16    Defendant's counsel has advised Plaintiff's counsel that Defendant would be
17 seeking the Court's permission for Dr. Cornell to testify by video conference or,
18 alternatively, telephone.   Plaintiffs' counsel responded that they would not oppose
19 Defendant's request to the Court so long as Defendant does not oppose any similar
20 application by Plaintiffs for remote witness testimony at the January 23 hearing.
21 Defendant  agreed not to oppose any such application.

| | | |
|---|---|---|
| 1 | Dated: January 13, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/ Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN |
| 7 | | Deputy Attorney General<br>*Attorneys for Rob Bonta, in his official* |
| 8 | | *capacity as Attorney General of the*<br>*State of California* |