ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
GABRIELLE D. BOUTIN, SBN 267308
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-6053
 Fax:  (916) 324-8835
 E-mail:  Gabrielle.Boutin@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as*
*Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, ET AL.,** | Case No. 8:22-cv-01421-DFM |
| Plaintiffs, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING** |
| **v.** | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL.,** | |
| Defendants. | Judge:        Hon. Cormac J. Carney<br>Trial Date:    None set<br>Action Filed: August 3, 2022 |

1

1         In this ex parte application Defendant California Attorney General Rob Bonta

2    asks the Court to permit expert witness Dr. Saul Cornell to testify via video

3    conference or, alternatively, telephone, at the January 23, 2023 evidentiary hearing

4    on Plaintiffs' motion for preliminary injunction, ECF. No 23.

5         On December 14, 2022, this Court issued an order directing the parties to

6    present at the January 23 hearing live percipient and expert testimony, along with

7    other evidence, relating to specified subjects.  ECF No. 35.  Those subjects

8    included "[a]nalogues from the historical tradition of firearm regulation in the

9    United States that are relevantly similar to each requirement at issue in this action."

10   *Id.* at 2.  Defendant has retained one witness, Dr. Cornell, to present expert

11   testimony on this subject at the hearing.  Declaration of Gabrielle Boutin (Boutin

12   Dec.), ¶ 3.

13        However, Dr. Cornell resides in the State of Connecticut and has certain health

14   issues and other risk factors that make him particular vulnerable to COVID-19.  *Id.*,

15   ¶ 4.  Since the beginning of the New Year, as COVID-19 rates have risen in the

16   United States, it has become clear that travel to California for the hearing would

17   create risks to Dr. Cornell's health.  *Id.*  These are risks that may be avoided if he is

18   permitted to testify remotely, either by video conference or by telephone.  *Id.*  Dr.

19   Cornell is the only witness for whom Defendant makes this request.  *Id.*.

20        Defendant's counsel has advised Plaintiff's counsel that Defendant would be

21   seeking the Court's permission for Dr. Cornell to testify by video conference or,

22   alternatively, telephone.  *Id.*, ¶ 5.  Plaintiffs' counsel responded that they would not

23   oppose Defendant's request to the Court so long as Defendant does not oppose any

24   similar application by Plaintiffs for remote witness testimony at the January 23

25   hearing.  Defendant has agreed not to oppose any such application.  *Id.*

26        Plaintiffs' counsel's contact information is:
     C.D. Michel
27   cmichel@michellawyers.com

28

2

1
2
Joshua Robert Dale
jdale@michellawyers.com
Alexander A. Frank
3
afrank@michellawyers.com
4
Konstadinos T. Moros
kmoros@michellawyers.com
5
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
6
Long Beach, CA 90802
7
Telephone: (562) 216-4444

8   *See* L. R. 7-19.

9   For these reasons, Defendant respectfully asks the Court to permit Dr. Cornell

10  to testify at the January 23, 2023 hearing via video conference or, alternatively,

11  telephone.

12

13  Dated:  January 13, 2023                    Respectfully submitted,

14                                              ROB BONTA
                                                Attorney General of California
15                                              MARK R. BECKINGTON
                                                Supervising Deputy Attorney General
16

17                                              */s/ Gabrielle D. Boutin*
                                                GABRIELLE D. BOUTIN
18                                              Deputy Attorney General
                                                *Attorneys for Rob Bonta, in his official*
19                                              *capacity as Attorney General of the*
                                                *State of California*
20

21

22

23

24

25

26

27

28