1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   GABRIELLE D. BOUTIN, SBN 267308
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone:  (916) 210-6053
6   Fax:  (916) 324-8835
    E-mail:  Gabrielle.Boutin@doj.ca.gov
7  *Attorneys for Rob Bonta, in his official capacity as*
   *Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, ET AL.,** | Case No. 8:22-cv-01421-DFM |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL.,** | |
| Defendants. | Judge:         Hon. Cormac J. Carney<br>Trial Date:   None set<br>Action Filed: August 3, 2022 |

1

The Court has reviewed and considered Defendant's Ex Parte Application to Permit Witness to Testify by Video or Phone at January 23, 2023 Hearing. Good cause appearing, the Court hereby **GRANTS** the application.

Defendant's witness Dr. Saul Cornell shall be permitted to testify via video conference at the January 23, 2023 evidentiary hearing on Plaintiff's motion for preliminary injunction, ECF No. 23. In the event that the courtroom is unable to accommodate video testimony, Dr. Cornell shall be permitted to testify by phone.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable Cormac J. Carney
U.S. District Court Judge