# CERTIFICATE OF SERVICE

| Case Name: | **Boland, Lance, et al. v. Robert Bonta, et al.** | No. | **8:22-cv-01421-DFM** |
|---|---|---|---|

I hereby certify that on <u>January 13, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING**

- **DECLARATION OF GABRIELLE BOUTIN IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING**

- **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO PERMIT WITNESS TO TESTIFY BY VIDEO OR PHONE AT JANUARY 23, 2023 HEARING**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 13, 2023</u>, at Sacramento, California.

| Ritta Mashriqi | */s/Ritta Mashriqi* |
|---|---|
| Declarant | Signature |

SA2022303421
36847425.docx