C.D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Sean A. Brady  – SBN 262007
sbrady@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445

Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10<br><br>　　　　　Defendants. | Case No. 8:22-cv-01421-CJC(ADSx)<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO ALLOW STEPHEN HELSLEY, SALAM FATOHI, AND CLAYTON CRAMER TO APPEAR AND TESTIFY REMOTELY** |

**[PROPOSED] ORDER**

The Court, having considered all moving papers submitted by Plaintiffs regarding their ex parte application to allow Stephen Helsley, Salam Fatohi, and Clayton Cramer to appear and testify remotely at the January 23, 2023 hearing on Plaintiffs' motion for preliminary injunction, hereby rules as follows:

1. Plaintiff's ex parte motion is granted;
2. Stephen Helsley, Salam Fatohi, and Clayton Cramer may appear and testify remotely via videoconferencing or, if necessary, telephonically, at the January 23, 2023 proceedings;
3. The Court further orders: _____
   _____
   _____
   _____.

**IT IS SO ORDERED.**

                                            _____
                                            Honorable Cormac J. Carney
                                            United States District Judge

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Boland, et al. v. Bonta*

Case No.:   8:22-cv-01421-CJC(ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO ALLOW STEPHEN HELSLEY, SALAM FATOHI, AND CLAYTON CRAMER TO APPEAR AND TESTIFY REMOTELY**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
Gabrielle D. Boutin
Gabrielle.Boutin@doj.ca.gov
Charles J. Sarosy
charles.sarosy@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 18, 2023.

*Christina Castron*
Christina Castron