**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation;<br><br>                Plaintiff,<br><br>                  v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10<br><br>                Defendants. | Case No. 8:22-cv-01421-CJC(ADSx)<br><br>**ORDER ON PLAINTIFFS' EX PARTE APPLICATION TO ALLOW STEPHEN HELSLEY, SALAM FATOHI, AND CLAYTON CRAMER TO APPEAR AND TESTIFY REMOTELY [40]** |

# ORDER

The Court, having considered all moving papers submitted by Plaintiffs regarding their ex parte application to allow Stephen Helsley, Salam Fatohi, and Clayton Cramer to appear and testify remotely at the January 23, 2023 hearing on Plaintiffs' motion for preliminary injunction, hereby rules as follows:

1. Plaintiff's ex parte motion is granted;
2. Stephen Helsley, Salam Fatohi, and Clayton Cramer may appear and testify remotely via videoconferencing or, if necessary, telephonically, at the January 23, 2023 proceedings.

**IT IS SO ORDERED.**

Date: January 18, 2023

_____
Honorable Cormac J. Carney
United States District Judge