C.D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Sean A. Brady – SBN 262007
sbrady@michellawyers.com
Alexander A. Frank – SBN 311718
afrank@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com

MICHEL & ASSOCIATES, P.C.
180 E. Ocean Boulevard, Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445

Attorneys for Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
GABRIELLE D. BOUTIN, SBN 267308
S. CLINTON WOODS, SBN 246054
CHARLES J. SAROSY, SBN 302439
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Charles.Sarosy@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs, | Case No. 8:22-cv-01421-CJC(ADSx)<br><br>**PLAINTIFFS' AND DEFENDANT'S STIPULATION AS TO LIST OF WITNESSES AT EVIDENTIARY HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

|   |   |
|---|---|
| | v. |
| ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, | |
| | Defendants. |

# STIPULATION

WHEREAS an evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction was held on January 23-24, 2023 in this matter where witnesses were called and provided testimony, IT IS HEREBY STIPULATED by Plaintiffs Lance Boland, Mario Santellan, Reno May, Jerome Schammel, and California Rifle & Pistol Association, Incorporated, and Defendant Robert Bonta, that the following is a true and correct list of the witnesses called for the January 23-24, 2023 hearing:

| Witness Name: | Party Calling: |
|---|---|
| 1. Stephen Helsley | Plaintiffs |
| 2. Lance Boland | Plaintiffs |
| 3. Reno May | Plaintiffs |
| 4. Salom Fatohi | Plaintiffs |
| 5. Michael Beddow | Plaintiffs |
| 6. Clayton E. Cramer | Plaintiffs |
| 7. Special Agent Supervisor Salvador Gonzalez | Defendant |
| 8. Dr. Saul Cornell | Defendant |

| | | |
|---|---|---|
| 1 | Dated: January 27, 2023 | MICHEL & ASSOCIATES, P.C. |
| | | /s/Sean A. Brady |
| | | Sean A. Brady |
| | | *Counsel for Plaintiffs* |
| | Dated: January 27, 2023 | Respectfully submitted, |
| | | ROB BONTA |
| | | Attorney General of California |
| | | MARK R. BECKINGTON |
| | | Supervising Deputy Attorney General |
| | | /s/ Charles J. Sarosy |
| | | CHARLES J. SAROSY |
| | | Deputy Attorney General |
| | | Attorneys for Rob Bonta, in his official capacity as Attorney |

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Boland, et al. v. Bonta*

Case No.:   8:22-cv-01421-CJC(ADSx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' AND DEFENDANT'S STIPULATION AS TO LIST OF WITNESSES AT EVIDENTIARY HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert L. Meyerhoff, Deputy Attorney General
robert.meyerhoff@doj.ca.gov
Gabrielle D. Boutin
Gabrielle.Boutin@doj.ca.gov
Charles J. Sarosy
charles.sarosy@doj.ca.gov
S. Clinton Woods
clint.woods@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2023.

*Christina Castron*

Christina Castron