# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No. 8:22-cv-01421-CJC(ADSx)<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' AND DEFENDANT'S STIPULATION AS TO LIST OF WITNESSES AT EVIDENTIARY HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of Parties, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' and Defendants List of Witnesses for the January 23-24, 2023 Evidentiary Hearing on Plaintiffs' Motion for Preliminary Injunction is accepted and entered into the record of the proceedings.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
Honorable Judge Cormac J. Carney
United States District Court Judge

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Boland, et al. v. Bonta*

Case No.: 8:22-cv-01421-CJC(ADSx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER RE PLAINTIFFS' AND DEFENDANT'S STIPULATION AS TO LIST OF WITNESSES AT EVIDENTIARY HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Robert L. Meyerhoff, Deputy Attorney General
    robert.meyerhoff@doj.ca.gov
    Gabrielle D. Boutin
    Gabrielle.Boutin@doj.ca.gov
    Charles J. Sarosy
    charles.sarosy@doj.ca.gov
    S. Clinton Woods
    clint.woods@doj.ca.gov
    300 South Spring Street, Suite 1702
    Los Angeles, CA 90013-1230

    I declare under penalty of perjury that the foregoing is true and correct.

Executed January 27, 2023.

*Christina Castron*

Christina Castron