

Plaintiffs' Exhibit 1