**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| LANCE BOLAND, an individual; MARIO SANTELLAN, an individual; RENO MAY, an individual; JEROME SCHAMMEL, an individual; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, a California corporation,<br><br>   Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>   Defendants. | Case No. 8:22-cv-01421-CJC(ADSx)<br><br>**ORDER RE PLAINTIFFS' AND DEFENDANT'S STIPULATION AS TO EXHIBITS ADMITTED AT EVIDENTIARY HEARING ON MOTION FOR PRELIMINARY INJUNCTION [48]** |

GOOD CAUSE APPEARING THEREFORE and in accordance with the Stipulation of Parties, IT IS HEREBY ORDERED THAT:

   1.   Plaintiffs' and Defendants List of Exhibits for the January 23-24, 2023 Evidentiary Hearing on Plaintiffs' Motion for Preliminary Injunction is accepted and entered into the record of the proceedings.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: January 30, 2023

Honorable Judge Cormac J. Carney
United States District Court Judge

---

ORDER

8:22-cv-01421-CJC(ADSx)