1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   GABRIELLE D. BOUTIN, SBN 267308
4  S. CLINTON WOODS, SBN 246054
   CHARLES J. SAROSY, SBN 302439
5   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
6   Telephone:  (213) 269-6356
    Fax:  (916) 731-2119
7   E-mail:  Charles.Sarosy@doj.ca.gov
   *Attorneys for Rob Bonta, in his official capacity as*
8  *Attorney General of the State of California*

9            IN THE UNITED STATES DISTRICT COURT

10            FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13

14  **LANCE BOLAND, ET AL.,**                Case No. 8:22-cv-01421-CJC-ADS

15                         Plaintiffs,       **DECLARATION OF SALVADOR GONZALEZ IN SUPPORT OF DEFENDANT'S FIRST CLOSING BRIEF FOLLOWING EVIDENTIARY HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

16        v.

17  **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF**

18  **THE STATE OF CALIFORNIA, ET AL.,**

19                         Defendants.       Courtroom:    9B
                                             Judge:        Hon. Cormac J. Carney
20                                           Trial Date:   None set
                                             Action Filed: August 1, 2022

21

22

23

24

25

26

27

28

1

I, Salvador Gonzalez, declare under penalty of perjury that:

1. I am over the age of 18 years and competent to make this declaration, which is based on my personal knowledge.

2. I am a Special Agent Supervisor for the California Department of Justice ("CA DOJ"), Bureau of Firearms ("BOF").

3. I submitted a declaration in support of Defendant's Opposition to Plaintiffs' Motion for a Preliminary Injunction, to which was attached my curriculum vitae. ECF No. 30-2. I also testified as an expert on the Roster of Certified Handguns (the "Roster") and its requirements during the January 23, 2023 evidentiary hearing on Plaintiffs' Motion. Prelim. Inj. Hr'g Day 1 Tr. (Jan. 23, 2023), ECF No. 54 ("PI Day 1 Tr."), at 156-253.

4. At the evidentiary hearing, I testified there were 32 semiautomatic pistols currently on the Roster with a chamber load indicator ("CLI") and magazine disconnect mechanism ("MDM"). PI Day 1 Tr. 179.

5. These 32 semiautomatic pistols are manufactured by four companies: Kahr Arms, Sig Sauer, FMK Firearms, and Smith & Wesson. All four companies added at least one of these semiautomatic pistols to the Roster before the microstamping requirement took effect on May 17, 2013.

6. Of the 32 semiautomatic pistols with a CLI and MDM currently on the Roster, 17 of these pistols were added to the Roster before May 17, 2013. Of those 17 pistols, 15 of them were added to the Roster after passing the drop safety and firing tests in a certified laboratory pursuant to Penal Code sections 31910, 32010, and 32015. The remaining two were added to the Roster as a "similar" by FMK Firearms pursuant to Penal Code section 32030.

7. Of the 32 semiautomatic pistols with a CLI and MDM currently on the Roster, the remaining 15 of these pistols were added to the Roster after May 17, 2013. All 15 were added to the Roster as a "similar" by Smith & Wesson pursuant to Penal Code section 32030. They were added to the Roster in 2019 and 2022.

8.     Before May 17, 2013, Sturm, Ruger, & Co. added to the Roster 15 semiautomatic pistols with a CLI and MDM.  Of those 15 pistols, 11 of them were added to the Roster after passing the drop safety and firing tests in a certified laboratory pursuant to Penal Code sections 31910, 32010, and 32015, while the remaining four were added as a "similar" pursuant to Penal Code section 32030.  However, none of these 15 pistols are currently on the Roster because Sturm, Ruger, & Co. failed to pay the annual fee required under Penal Code section 32015 to keep these pistols on the Roster.

9.     Before May 17, 2013, in addition to the pistols described in paragraphs 6 and 7, Sig Sauer and FMK Firearms also each added to the Roster one semiautomatic pistol with a CLI and MDM after passing the drop safety and firing tests in a certified laboratory pursuant to Penal Code sections 31910, 32010, and 32015.  However, these pistols are not currently on the Roster because Sig Sauer and FMK Firearms failed to pay the annual fee required under Penal Code section 32015 to keep these pistols on the Roster.

10.    After May 17, 2013, Sig Sauer added to the Roster another semiautomatic pistol with a CLI and MDM as a "similar" pursuant to Penal Code section 32030.  However, this pistol is not currently on the Roster because Sig Sauer failed to pay the annual fee required under Penal Code section 32015 to keep the pistol on the Roster.

//

//

11. The below chart summarizes what is explained in paragraphs 5 through 10:

|  | Added to the Roster before May 17, 2013 | Added to the Roster after May 17, 2013 | Currently on the Roster |
|---|---|---|---|
| Tested semiautomatic pistols with CLI & MDM | 28 | 0 | 15 |
| Similar semiautomatic pistols with CLI & MDM | 6 | 16 | 17 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 24, 2023, in  SACRAMENTO , California.

SALVADOR GONZALEZ