1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED; STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

LANCE BOLAND, MARIO SANTELLAN, RENO MAY, JEROME SCHAMMEL, and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,

        Plaintiffs,

   v.

ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, AND DOES 1-10,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: SACV 22-01421-CJC (ADSx)**

**PRELIMINARY INJUNCTION**

    This matter came before the Court on Plaintiffs' Motion for a Preliminary Injunction.  (Dkt. 23.)  On March 20, 2023, the Court issued an Order determining that the California Unsafe Handgun Act's provisions requiring certain handguns to have a chamber load indicator, a magazine disconnect mechanism, and microstamping capability

are unconstitutional.  Cal. Penal Code §§ 31910(b)(4)–(6).  The Court granted a preliminary injunction enjoining enforcement of those provisions.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Defendant Attorney General Robert Bonta, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, and those duly sworn state peace officers and federal law enforcement officers who gain knowledge of this injunction order or know the existence of this injunction order, **ARE HEREBY PRELIMINARILY RESTRAINED AND ENJOINED** from implementing or enforcing California Penal Code sections 31910(b)(4)–(6), or from otherwise preventing the retail sale of handguns that do not have a chamber load indicator, a magazine disconnect mechanism, or microstamping capability but that meet the other requirements of the Unsafe Handgun Act.

This preliminary injunction shall not take effect until fourteen days from the date hereof to allow the government to file an appeal and seek a further stay of this preliminary injunction.

DATED:      March 20, 2023

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE