1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   GABRIELLE D. BOUTIN, SBN 267308
4  S. CLINTON WOODS, SBN 246054
   CHARLES J. SAROSY, SBN 302439
5  Deputy Attorneys General
    300 South Spring Street, Suite 1702
6   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6356
7   Fax:  (916) 731-2119
    E-mail:  Charles.Sarosy@doj.ca.gov
8  *Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL.,**<br><br>Defendants. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:         Hon. Cormac J. Carney<br>Courtroom:  9B<br>Action Filed:  August 1, 2022 |

**PLEASE TAKE NOTICE** that Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiffs' Motion for Preliminary Injunction and the Preliminary Injunction, issued on March 20, 2023 (Dkts. 60, 61).

Dated: March 27, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON Supervising
Deputy Attorney General
ROBERT L. MEYERHOFF
GABRIELLE D. BOUTIN
S. CLINTON WOODS
Deputy Attorneys General

/s/ *Charles J. Sarosy*

CHARLES J. SAROSY
Deputy Attorney General
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

## CERTIFICATE OF SERVICE

Case Name: ***Boland, Lance, et al. v. Robert Bonta, et al.***
Case No.   **8:22-cv-01421-CJC-ADS**

I hereby certify that on March 27, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF PRELIMINARY INJUNCTION APPEAL

I certify that **all** participants in the case are registered CM/ECF users and that service will be electronically accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct. Executed on March 27, 2023, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |