UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LANCE BOLAND, an individual; et al., | No. 23-55276 |
| Plaintiffs-Appellees, | D.C. No. 8:22-cv-01421-CJC-ADS Central District of California, Santa Ana |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant-Appellant, | |
| and | |
| DOES, 1-10, | |
| Defendant. | |

Before: TASHIMA, S.R. THOMAS, and KOH, Circuit Judges.

The motion (Docket Entry No. 5) to take judicial notice in support of the opposition to the emergency motion for partial stay is granted.

The emergency motion (Docket Entry No. 2) to stay in part the district court's March 20, 2023 preliminary injunction pending appeal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009). The preliminary injunction is stayed as to the chamber load indicator and magazine disconnect mechanism requirements of California's Unsafe Handgun Act. *See* Cal. Penal Code § 31910(b)(4), (5).

The opening brief is due April 28, 2023. The answering brief is due May

26, 2023. The option reply brief is due within 21 days after service of the answering brief. *See* 9th Cir. R. 3.3.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). The Clerk will place this on the next available calendar upon the completion of briefing. *See* 9th Cir. Gen. Ord. 3.3(f).