ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
GABRIELLE D. BOUTIN, SBN 267308
S. CLINTON WOODS, SBN 246054
CHARLES J. SAROSY, SBN 302439
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6356
  Fax:  (916) 731-2119
  E-mail:  Charles.Sarosy@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND, ET AL.,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL.,**<br><br>                                    Defendants. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**REPRESENTATION STATEMENT**<br><br>**[Fed. R. App. P. 12(b)]**<br><br>Judge:           Hon. Cormac J. Carney<br>Courtroom:   9B<br>Action Filed:  August 1, 2022 |

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby submits this Representation Statement identifying all parties to the action along with the following names, email addresses, office addresses, and telephone numbers of their respective counsel:

Counsel for Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California:

    Thomas S. Patterson (thomas.patterson@doj.ca.gov)
    P. Patty Li (patty.li@doj.ca.gov)
    Mark R. Beckington (mark.beckington@doj.ca.gov)
    Anthony R. Hakl (anthony.hakl@doj.ca.gov)
    Charles J. Sarosy (charles.sarosy@doj.ca.gov)
    Robert L. Meyerhoff (robert.meyerhoff@doj.ca.gov)
    Gabrielle D. Boutin (gabrielle.Boutin@doj.ca.gov)
    S. Clinton Woods (clint.woods@doj.ca.gov)
    Office of the California Attorney General
    300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6356
    Facsimile:  (916) 731-2119

Counsel for Plaintiffs-Appellees Lance Boland; Mario Santellan; Reno May; Jerome Schammel; and California Rifle & Pistol Association, Inc.:

    C.D. Michel (cmichel@michellawyers.com)
    Anna M. Barvir (abarvir@michellawyers.com)
    Joshua Robert Dale (jdale@michellawyers.com)
    Sean A. Brady (sbrady@michellawyers.com)
    Alexander A. Frank (afrank@michellawyers.com)
    Konstadinos T. Moros (kmoros@michellawyers.com)
    MICHEL & ASSOCIATES, P.C.
    180 E. Ocean Boulevard, Suite 200
    Long Beach, CA 90802
    Telephone: (562) 216-4444
    Facsimile: (562) 216-4445

| | |
|---|---|
| Dated: April 6, 2023 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>MARK R. BECKINGTON Supervising<br>Deputy Attorney General<br>ROBERT L. MEYERHOFF<br>GABRIELLE D. BOUTIN<br>S. CLINTON WOODS<br>Deputy Attorneys General<br><br>/s/ *Charles J. Sarosy*<br><br>CHARLES J. SAROSY<br>Deputy Attorney General<br>*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California* |

## CERTIFICATE OF SERVICE

Case Name:  ***Boland, Lance, et al. v. Robert Bonta, et al.***
Case No.   **8:22-cv-01421-CJC-ADS**

I hereby certify that on <u>April 6, 2023</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

## REPRESENTATION STATEMENT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>April 6, 2023</u>, at San Francisco, California.

Vanessa Jordan
Declarant

*Vanessa Jordan*
Signature