ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
GABRIELLE D. BOUTIN, SBN 267308
S. CLINT WOODS, SBN 302439
CHARLES J. SAROSY, SBN 302439
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6177
Fax: (916) 731-2144
E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**LANCE BOLAND, AN INDIVIDUAL; MARIO SANTELLAN, AN INDIVIDUAL; RENO MAY, AN INDIVIDUAL, JEROME SCHAMMEL, AN INDIVIDUAL; AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, A CALIFORNIA CORPORATION;**

Plaintiffs,

**v.**

**ROBERT BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**

Defendant.

Case No. 8:22-cv-01421-CJC-ADS

**[PROPOSED] ORDER GRANTING STIPULATION RE: SCHEDULING ORDER**

Courtroom: 9B
Judge: Hon. Cormac J. Carney
Action Filed: August 1, 2022
Trial Date: February 27, 2024

The Court, having considered the Stipulation re: Scheduling Order, hereby GRANTS the Parties' request to vacate the original Scheduling Order (Dkt. No. 32), and ENTERS a new scheduling order as follows:

- All discovery (including discovery motions) shall be completed ninety (90) days after issuance of the mandate in the appeal of the Court's order granting preliminary injunction;
- The parties are referred to ADR Procedure No. 1—Magistrate Judge, have until fourteen (14) days after the close of discovery to conduct settlement proceedings, and shall file a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status;
- The parties shall have until sixty (60) days after the close of discovery to file and have heard all other motions;
- The case shall be set for trial on a date convenient for the Court at least seventy-five (75) days after the deadline for all non-discovery motions; and
- The pretrial conference shall be set on a date convenient to the Court at least fourteen (14) days prior to the trial date.

**IT IS SO ORDERED.**

Dated: ___________________

___________________________
Hon. Cormac J. Carney
U.S. District Court Judge

# CERTIFICATE OF SERVICE

Case Name: **Boland, et al. v. Bonta** No. **8:22-cv-01421-CJC-ADS**

I hereby certify that on May 25, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING STIPULATION RE: SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 25, 2023, at Los Angeles, California.

Robert Leslie Meyerhoff
Declarant

RobertM
Signature