NOTE: CHANGES MADE BY THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LANCE BOLAND,** AN INDIVIDUAL; **MARIO SANTELLAN,** AN INDIVIDUAL; **RENO MAY,** AN INDIVIDUAL, **JEROME SCHAMMEL,** AN INDIVIDUAL; AND **CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,** A CALIFORNIA CORPORATION;<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA,** IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,<br><br>Defendant. | Case No. 8:22-cv-01421-CJC-ADS<br><br>**ORDER GRANTING STIPULATION RE: SCHEDULING ORDER**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: August 1, 2022<br>Trial Date:    February 27, 2024 |

The Court, having considered the Stipulation re: Scheduling Order, hereby GRANTS the Parties' request to vacate the original Scheduling Order (Dkt. No. 32), and ENTERS a new scheduling order as follows:

- All discovery (including discovery motions) shall be completed ninety (90) days after issuance of the mandate in the appeal of the Court's order granting preliminary injunction;
- The parties are referred to ADR Procedure No. 1—Magistrate Judge, have until fourteen (14) days after the close of discovery to conduct settlement proceedings, and shall file a Joint Status Report no later than five (5) days after the ADR proceeding is completed advising the Court of their settlement efforts and status;
- The parties shall have until sixty (60) days after the close of discovery to file and have heard all other motions;
- The case shall be set for trial on a date convenient for the Court at least seventy-five (75) days after the deadline for all non-discovery motions; and
- The pretrial conference shall be set on a date convenient to the Court at least fourteen (14) days prior to the trial date.
- The parties shall file another stipulation and proposed order re: scheduling order dates after the issuance of the mandate in the appeal.

**IT IS SO ORDERED.**

Dated: May 26, 2023

Hon. Cormac J. Carney
U.S. District Court Judge